

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SALVADOR G. HERNANDEZ | CIVIL ACTION |
| VERSUS | NO. 06-1143 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "F" (3) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED and the plaintiff's case is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 22nd day AUGUST, 2007.

UNITED STATES DISTRICT JUDGE